**People of the State of Illinois, Plaintiff-Appellee, v. Robert Newby, Defendant-Appellant.**

**Gen. No. 11,122. (Abstract of Decision.)**